of the United States. Mr. Henry. Yes, Your Honor. Michael Henry, on behalf of the respondents, we're happy to report that the parties have reached an agreement. Oh, how wonderful. And we'd like to put that on the record for today. The government has agreed to remand this to the Board of Immigration Appeals for Administrative Closure. And Ms. Antone is going to be filing a motion to accomplish that for whatever the Court desires. That's the best news we've heard. So far this morning. We'll see if the other people have good news too. Ms. Antone. Oh, that's wonderful. Good morning, Monica Antone for the Attorney General. I could make an oral motion or file it this afternoon, whatever you prefer. You can file it this afternoon. One of the questions, that was the question I was going to ask you, was about whether or not any progress had been made in light of your letter. And we're glad to, well, we're pleased to accept the information you've put on the record and we'll await your motion. But hearing that, there's no need for further argument on the matter. An interesting question and we'll have to leave the resolution of that question for another day. Okay. So you're remanding to the BIA, is that it? Right, for Administrative Closure as a manifestation of DHS's exercise of discretion. Oh, and that's... And there'll be no final order of removal against these two respondents. Right. Okay. Well done. Thank you. Well done. Thank you. May I be excused? You're excused. My law clerks are very happy. We typically say we'll take the matter under advisement, but I don't think we have to have anything left to decide. Thank you.